UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-24404-CIV-MORENO**

LEE CLANCY FORD, as Mother and Next
Friend of Jane Doe, a Minor,

       Plaintiff,

vs.

NCL BAHAMAS LTD., a Bermuda company
d/b/a NORWEGIAN CRUISE LINES,

       Defendant.
_____/

## ORDER REVISING PRETRIAL DEADLINES

THIS CAUSE came before the Court upon Joint Motion to Amend Scheduling Order Setting Trial **(D.E. 18)**, filed on **May 21, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that for good cause shown, the motion is GRANTED as follows:

(1) **TRIAL DATE** – The trial shall remain set for the two-week period commencing **October 1, 2018**, in Miami, Florida. Counsel must appear at Calendar Call which shall take place on **Tuesday, September 25, 2018, at 2:00 p.m.**

(2) **PRETRIAL DEADLINES**

    (a) **Discovery** – All non-expert and expert discovery must be completed by **August 10, 2018**.

    (b) **Summary Judgment** – All motions for summary judgment must be filed by **August 20, 2018**.

(c) **Pretrial Motions** – All other pretrial motions shall be filed no later than **September 5, 2018**.

(3) **PREVIOUS SCHEDULING ORDERS** – This Order shall supersede only the inconsistent provisions of previous Scheduling Orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 of May 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record