UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-24404-FAM

LEE CLANCY FORD,
As Mother and Next Friend of
JANE DOE, a Minor,

    Plaintiff

vs.

NCL (Bahamas) LTD.,
A Bermuda Company, d/b/a
NORWEGIAN CRUISE LINES

    Defendant.
_____/

## ORDER GRANTING MOTION TO OVERRULE OBJECTIONS AND COMPEL DISCOVERY

This matter came on to be heard regarding the Plaintiff's Motion to Overrule Objections and Compel Discovery, and the Court having reviewed the relevant motion and otherwise being advised in the premises, it is:

ORDERED and ADJUDGED that Plaintiff's Motion is hereby GRANTED. The Defendant shall fully respond to Requests # 2,10,11,15,16,19,25 and 26 within ten days from the date of this order and shall provide dates for Plaintiff to inspect the ship's medical center within ten days from the date of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2018.

                                                                                          United States District Court Judge

Copies to:
Counsel of record