UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-24404-CIV-MORENO/LOUIS

LEE CLANCY FORD, as Mother and Next
Friend of Jane Doe, a Minor,

    Plaintiff,

vs.

NCL BAHAMAS LTD., a Bermuda Company
d/b/a NORWEGIAN CRUISE LINES,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Motion to Compel Better Responses to Plaintiff's Requests for Production And Strike Defendant's Objections to Plaintiff's Initial Request for Production to Defendant NCL (Bahamas), LTD. (ECF No. 21) and Plaintiff's Motion to Compel Better Answers to Interrogatories and Strike Defendant's Objections to Plaintiff's Initial Interrogatories to Defendant NCL (Bahamas), LTD. (ECF No. 22). A hearing on the motions was conducted on July 17, 2018.

At the start of the hearing, Plaintiff's counsel represented that most of the disputes had been resolved by successful meet and confer, for which the Court commends the parties. The remaining disputes related only to Defendant's objection to producing a history of dispensing Levaquin, the drug that allegedly caused Plaintiff's injuries, to passengers other than plaintiff for a three-year period preceding her injuries; and invoices showing Defendant's procurement of the drug.

1

For the reasons explained at the hearing, the Court agrees with Plaintiff that the documents sought are relevant; and also agrees with Defendant that the response must be proportionate to the needs of the case. Defendants advanced an affidavit which states that prior to June 2017, all records of medical treatment were maintained in paper copy and archived in a storage facility; since June 2017, the records have been digitized and stored electronically. There is no showing that these electronically stored documents are not searchable and as such, the burden attendant to reviewing the paper copy records is inapplicable to these documents. Defendant is accordingly ordered to conduct a review of records made in the six months preceding Plaintiff's incident, redact personal identification information as necessary, and produce responsive documents to Plaintiff within 14 days of this Order.

Plaintiff withdrew its motion with respect to the second issue in light of the relief granted on the first.

**DONE** and **ORDERED** at Miami, Florida this 17th day of July, 2018.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE