UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-24404-MORENO/LOUIS

LEE CLANCY FORD as Mother and
Next Friend of Jane Doe, a Minor,

  Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda
Company d/b/a NORWEGIAN CRUISE
LINES,

            /

## UNOPPPOSED MOTION OF DEFENDANT FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S DISCOVERY ORDER [ECF NO. 34]

  Defendant, NCL (BAHAMAS) LTD. (hereinafter "Norwegian"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6 and S.D. Fla. Local Rule 7.1 hereby moves the Court for entry of an Order granting Defendant an extension of time to comply with the Court's Discovery Order [ECF No. 34]. In support of this Unopposed Motion, Norwegian states as follows:

  1. On June 15, 2018, Plaintiff, LEE CLANCY FORD as Mother and Next Friend of Jane Doe (hereinafter "Plaintiff"), filed a Motion to Compel Better Responses and Strike Defendant's Objections to Plaintiff's Initial Request for Production and Initial Set of Interrogatories. ECF No. 21 & 22.

  2. Thereafter, on July 17, 2018, the Court conducted a hearing on Plaintiff's Motions. At the hearing, the primary dispute between the Parties was the production of medical records of patients who were prescribed Levaquin or any other fluoroquinolones.

CASE NO.: 17-CV-24404-MORENO/LOUIS

3. The Court ruled that Defendant shall be required to produce medical records from its entire fleet of cruise ships for the six (6) month period prior to the date of the alleged incident in this case (i.e. December 19, 2016).

4. Defendant was able to conduct a search of the electronic records from that time period and almost 2,000 cases were located with over 5,000 pages of records associated with those cases.

5. Before the over 5,000 pages of records can be produced, Defendant must redact any personal patient information. The redaction will take Defendant and its counsel some time to complete given the number of pages of records involved.

6. Based on the foregoing, Norwegian and the undersigned respectfully request that the Court enter an Order granting it an extension of time until Tuesday, August 7, 2018, to produce the medical records in compliance with the Court's July 17, 2018 Order [ECF No. 34].

7. The relief sought by this Unopposed Motion will not affect any other deadlines in this case.

8. Additionally, this Motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendant, NCL (BAHAMAS) LTD., respectfully requests that the Court enter an Order: (1) granting it an extension of time until Tuesday, August 7, 2018, to produce the medical records to Plaintiff in compliance with the Court's July 17, 2018 Order; and (2) granting any further relief the Court deems equitable and just.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Local Rule 7.1(a)(3), undersigned counsel conferred with Plaintiff's counsel who does not oppose the relief sought by this Motion.

Respectfully submitted this 30th day of July 2018.

CASE NO.: 17-CV-24404-MORENO/LOUIS

        MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By:  /s/ *Laurence M. Krutchik*
     Laurence M. Krutchik
     Florida Bar No.:  0069449
     lkrutchik@maselaw.com
     filing@maselaw.com
     ctoth@maselaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     /s/ *Laurence M. Krutchik*
     LAURENCE M. KRUTCHIK

CASE NO.: 17-CV-24404-MORENO/LOUIS

## SERVICE LIST

Paul Hoffman, Esq.
Hoffman Law Firm
2881 East Oakland Park Blvd.
Suite 110
Fort Lauderdale, Florida  33306
Tel:  (954) 707-5040
pmh@paulmhoffmanlaw.com
*Attorneys for Plaintiff*

19305//#386