UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-24404-MORENO/LOUIS

LEE CLANCY FORD, as Mother
And Next Friend of JANE DOE,
A Minor

    Plaintiff,
vs.

NCL (Bahamas) LTD.,
A Bermuda Company, d/b/a
NORWEGIAN CRUISE LINES

    Defendant.
_____/

## JOINT MOTION TO ENLARGE TIME TO MEDIATE

The Parties, by and through undersigned counsel, hereby files their Joint Motion to Enlarge Time to Mediate and state as follows:

1. On June 29, 2018, the Court granted the Parties' Joint Motion for Continuance. *See* ECF No. 23.

2. In granting the Parties' Motion, the deadline to mediate on August 3, 2018 was not changed.

3. The parties have been cooperating and working diligently to complete sufficient discovery to mediate the case. However, due to personal scheduling conflicts with the Plaintiffs and the difficulty of Defendant in obtaining foreign medical records despite Plaintiff providing authorizations, Defendant was unable to schedule the Plaintiffs' deposition and defense medical examinations until the week of August 12, 2018.

4. The Parties anticipate engaging in further fact witness discovery after the depositions and defense medical examinations of Plaintiffs which will necessitate Plaintiff

deposing Defendant's shipboard doctor presently on a ship sailing out of New York and taking depositions of witnesses in Vancouver, British Columbia, Canada.

5. Therefore, the Parties respectfully request a new mediation deadline of October 19, 2018.

6. This Motion is not made for purposes of delay and the trial date will not be affected.

## MEMORANDUM OF LAW

Grant or denial of a motion to enlarge time rests within the sound discretion of the court, *Howard v. Weinberger*, 489 F. 2d 216 (5th Cir. 1973). While the court enjoys broad discretion in these matters, the guiding principle should be prejudice to the parties. *See, e.g.*, *Sanderlin v. Seminole Tribe of Fla.*, 243 F. 3d 1282 (11th Cir. 2001); *Guideone Elite Ins. Co. v. Old Cutler Presbyterian Church, Inc.*, 430 F. 3d 1317 (11th Cir. 2005); *Carmical v. Helicopter Textron, Inc.*, 117 F. 3d 490 (11th Cir. 1997). Here, there is no prejudice if the motion is granted. Furthermore, no deadlines previously set by the court are or will be affected.

WHEREFORE, the Parties respectfully request that the Court enter and Order: (1) re-setting the medaiation deadline to October 19, 2018; and (2) granting any further relief the Court deems equitable and just.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that in accordance with Local Rule 7.1, I have conferred with Defendant's counsel who joins in the motion.

Respectfully submitted this 1st day of August 2018.

| | |
|---|---|
| BY:  */s/Paul M. Hoffman, Esq.*<br>Paul M. Hoffman, P.A.<br>2881 E. Oakland Park Blvd.#104<br>Fort Lauderdale, FL 33306<br>Telephone:    (954) 707-5040<br>Email: pmh@PaulMHoffmanlaw.com<br>FBN. 0279897 | BY:  */s/Laurence M. Krutchik, Esq*<br>Mase, Mebane & Briggs, P.A.<br>2601 South Bayshore Drive, #800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Email: lkrutchik@maselaw.com<br>FBN: 0069449 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

BY:  */s/Paul M. Hoffman, Esq.*
   Paul M. Hoffman, P.A.
   2881 E. Oakland Park Blvd.#104
   Fort Lauderdale, FL 33306
   Telephone:    (954) 707-5040
   Email: pmh@PaulMHoffmanlaw.com
   FBN. 0279897

## SERVICE LIST

CASE NO.   17-CV-24404-MORENO/LOUIS

| Paul M. Hoffman, Esquire<br>HOFFMAN LAW FIRM<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>pmh@paulmhoffmanlaw.com<br>*Attorneys for Plaintiff* | Laurence M. Krutchik, Esquire<br>Mase, Mebane & Briggs, P.A.<br>2601 S. Bayshore Drive, #800<br>Miami, Florida 33133<br>Telephone:  (305) 377-3770<br>lkrutchik@maselaw.com<br>*Attorney  for Defendant* |