UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-24404-MORENO/LOUIS

LEE CLANCY FORD
As Mother and Next Friend of
Jane Doe, A Minor

    Plaintiff,
vs.

NCL (Bahamas) LTD.,
A Bermuda Company, d/b/a
NORWEGIAN CRUISE LINES

    Defendant.
_____/

## PROPOSED ORDER RE-SCHEDULING MEDIATION DEADLINE

This matter having come on before the Court on the Joint Motion of the Parties to change the Mediation Deadline in this case and having considered the Motion and for good cause shown, the Court GRANTS the Motion. The deadline to mediate the case shall be October 19, 2018.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 2018.

_____
United States District Court Judge

Copies provided to:
All counsel of record