UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-24404-FAM

LEE CLANCY FORD as Mother and
Next Friend of Jane Doe, a Minor,
    Plaintiff,

vs.

NCL (Bahamas) Ltd., A Bermuda Company,
d/b/a Norwegian Cruise Lines
    Defendant

_____/

## PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH COURT ORDER

**COMES NOW,** the Plaintiff, LEE CLANCY FORD, as mother and Next Friend of Jane Doe, a minor, by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, moves this Court to Compel Better Responses and Strike Defendants Objections to Plaintiff's Initial Interrogatories to Defendant NCL (Bahamas), Ltd. [hereinafter "NCL"] and in support thereof alleges as follows:

1. On July 17, 2018, the Court ordered that Defendant produce six months of medical center records within fourteen days, <u>redacting personal information as necessary</u>..

2. Defendant asked for and received an extension to comply with the order. The information was finally received on August 13, 2018.

3. After receiving the records, Plaintiff noticed that Defendant had redacted the ages of the patients involved.

4. The ages of the patients without names or other identifying information is not personal and does not violate HPPA.

5. Plaintiff has made numerous requests since receiving the production for the ages.

6. The ages of the patients and especially those who were minors like Plaintiff are especially relevant to this case.

7. In a spirit of compromise, Plaintiff is only seeking age information for persons born after 1998.

8. To date, Plaintiff has been unable to obtain consent from Defendant to comply with the court order and provide the ages of the patients whose records were produced.

**WHEREFORE**, Plaintiff prays this Court enter an Order compelling Defendant, NCL (Bahamas), Ltd. to comply with the Court's Order and provide the ages of the patients born after 1998.

Dated this 7th day of September, 2018.

> Respectfully Submitted,
>
> By: */s Paul M. Hoffman, Esq.*
> Paul M. Hoffman, Esq.
> Florida Bar No. 279897
> pmh@paulmhoffmanlaw.com
> Law Office of Paul M. Hoffman, P.A.
> 2881 East Oakland Park Boulevard
> Ft. Lauderdale, Florida 33306
> Telephone: (954) 707-5040
> Facsimile: (954) 315-1702

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that in compliance with Local Rule 7.1, I have conferred with all parties or non-parties who may be affected by the relief sought, in a good faith effort to resolve the issues raised in the motion and has been unable to resolve this with Defendant.

BY:   */s/Paul M. Hoffman, Esq.*
      Paul M. Hoffman, Esq.
      Florida Bar No. 0279897

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:   */s/Paul M. Hoffman, Esq.*
Paul M. Hoffman, Esq.
Florida Bar No. 0279897

## SERVICE LIST

CASE NO.:  17-cv-24404-FAM

| Paul M. Hoffman, Esquire<br>pmh@paulmhoffmanlaw.com<br>HOFFMAN LAW FIRM<br>2888 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 563-8111<br>Facsimile: (954) 563-8171<br>*Attorneys for Plaintiff* | Thomas A. Briggs, Esquire<br>tbriggs@maselaw.com<br>Laurence M. Krutchik, Esquire<br>lkrutchik@maselaw.com<br>Mase Mebane & Briggs, P.A.<br>2601 S Bayshore Drive, Suite 800<br>Miami, FL 33133-5420<br>Phone: 305-377-3770<br>Fax: 305-377-0080<br>*Attorney for Defendant* |