UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-24404-FAM

LEE CLANCY FORD,
As Mother and Next Friend of
JANE DOE, a Minor,

    Plaintiff
vs.

NCL (Bahamas) LTD.,
A Bermuda Company, d/b/a
NORWEGIAN CRUISE LINES

    Defendant.
_____/

## ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH COURT ORDER

This matter came on to be heard regarding the Plaintiff's Motion to Compel Compliance with Court Order, and the Court having reviewed the relevant motion and otherwise being advised in the premises, it is:

ORDERED and ADJUDGED that Plaintiff's Motion is hereby GRANTED. The Defendant shall provide the ages within five days from the date of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2018.

                                                                             United States District Court Judge

Copies to:
Counsel of record