UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEE CLANCY FORD,           CASE NO. 17-CV-24404-MORENO/LOUIS

    *Plaintiff*,

v.

NCL (BAHMAS) LTD., a Bermuda
Company d/b/a NORWEGIAN CRUISE LINES,

    *Defendant.*
_____/

**NOTICE OF ATTORNEY APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

YOU ARE HEREBY NOTIFIED that the undersigned is appearing as co-counsel for Plaintiff, LEE CLANCY FORD. Copies of all papers should be served on the undersigned via E-Filing; on Domingo Rodriguez, Esq., 95 Merrick Way, Suite 720, Coral Gables, FL 33134, Phone (305) 774-1477 Fax (305) 774-1075.

Designated email addresses for Domingo Rodriguez, Esq.:

Primary Email:       Domingo@rlomiami.com
Secondary Email:     pleadings@rlomiami.com
Additional Email:      Nicole@rlomiami.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed on this 25th day of September, 2018 to:

Paul Hoffman, Esq.
HOFFMAN LAW FIRM
PMH@paulhoffmanlaw.com
*Counsel for Plaintiff*

Laurence M. Krutchik, Esq.
MASE MEBANE & BRIGGS, PA
smembane@maselaw.com
lkrutik@maselaw.com

                       /s/ Domingo C. Rodriguez_____
                       **Domingo C. Rodriguez, Esq.**
                       **(FBN: 394645)**
                       domingo@rlomiami.com
                       Pleadings@rlomiami.com
                       RODRIGUEZ LAW OFFICE, LLC
                       95 Merrick Way, Suite 720
                       Miami, Florida 33134
                       Tel: (305) 774-1477 ~ Fax: (305) 774-1075
                       Co-*Counsel for Plaintiff*