UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-CV-24404-MORENO/LOUIS

LEE CLANCY FORD as Mother and
Next Friend of Jane Doe, a Minor

    *Plaintiff*,

v.

NCL (BAHAMAS) LTD., a Bermuda
Company d/b/a NORWEGIAN CRUISE
LINES

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

This cause having come before the court on the Motion to Withdraw as Co-counsel for the Plaintiff by Domingo C. Rodriguez, Esq., and Rodriguez Law Office, LLC; and the Motion to Withdraw as Counsel of Record by Paul M. Hoffman, Esq., and Paul M. Hoffman, P.A.

Having reviewed the record, noting that the motion is unopposed and that Plaintiff has retained new counsel who has appeared herein, it is hereby ordered that the motions be granted. Domingo C. Rodriguez, Esq., and Rodriguez Law Office, LLC, Paul M. Hoffman, Esq. and Paul M. Hoffman P.A. are hereby discharged as counsel of record of the Plaintiff in this cause as of the date of this order.

DONE AND ORDERED in Chambers at Miami, Florida this 21 day of February, 2019.

_____
LAUREN LOUIS
United States Magistrate Judge

Copies Furnished to:
All counsel of record