UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.   17-CV-24404-MORENO/LOUIS

LEE CLANCY FORD,
As Mother and Next Friend of
JANE DOE, A minor

    Plaintiff,
vs.

NCL (Bahamas) LTD., A
Bermuda Company, d/b/a
NORWEGIAN CRUISE LINES

    Defendant.
_____/

## NOTICE OF CHARGING LIEN

Counsel for Plaintiff, Paul M. Hoffman, Esq., and Paul M. Hoffman, P.A., hereby files his/their Notice of Charging and Retaining Lien and states as follows:

1. Counsel has withdrawn as counsel of record.

2. Counsel withdrew for cause and incurred costs as well as substantial hours of attorney time representing Plaintiff.

3. In this circumstance, counsel is entitled to a charging lien on the file.

4. Counsel requests that the Court and the parties take notice of counsel's charging lien.

WHEREFORE, undersigned counsel respectfully requests that the Court and the parties take notice of counsel's charging lien.

    BY: *Paul M. Hoffman, P.A.*
    HOFFMAN LAW FIRM
    2881 E. Oakland Park Blvd.
    Fort Lauderdale, FL 33306
    Telephone:   (954) 707-5040
    Email: pmh@paulmhoffmanlaw.com
    Florida Bar No. 279897

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing. The Plaintiffs affected by this motion are being served a copy hereof by electronic mail at the address below.

                                          Respectfully Submitted,

BY: */s/Paul M. Hoffman, P.A.*
HOFFMAN LAW FIRM
2881 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306
Telephone: (954) 707-5040
Email: pmh@paulmhoffmanlaw.com
Florida Bar No. 279897

CASE NO. 17-CV-22404-MORENO/LOUIS

| | |
|---|---|
| Mason Kerns, Esquire<br>350 S. Miami Avenue<br>Miami, Florida 33130<br>Telephone: (305) 725-8300<br>mason@masonkernslaw.com<br>*Attorney for Plaintiffs*<br><br>Domingo C. Rodriquez, Esq.<br>Rodriguez Law Group<br>55 Merrick Way<br>Coral Gables, FL<br>domingo@rlo.com<br>*Attorney for Plaintiffs* | Curtis J. Mase, Esq.<br>Thomas A, Briggs, Esq.<br>Victor M. Pelaez, Esq.<br>Mase, Mebane & Briggs, P.A.<br>2601 South Bayshore Drive<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>cmase@maselaw.com<br>tbriggs@maselaw.com<br>vpelaez@maselaw.com<br>*Attorneys for Defendant* |